**Order filed July 1, 2022.**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-21-00755-CV**
_____

**DONOVAN MITTELSTED, Appellant**

**V.**

**DENISE MCCLURE MERIWETHER AND DARLA MCCLURE SANDS,**
**Appellees**

**On Appeal from the County Court at Law No. 3**
**Brazoria County, Texas**
**Trial Court Cause No. PR39333**

## O R D E R

This is an appeal from a final judgment in a probate proceeding following a jury trial. Pursuant to Texas Rule of Appellate Procedure 24.4(a), appellant Donovan Mittelsted has filed a motion requesting that this Court review and set aside the trial court's order permitting the dependent administrator of an estate to pay estate expenses from cash appellant deposited in the court's registry to suspend enforcement of the judgment pending appeal. For reasons explained in a related

opinion we issue today, we construe appellant's motion as a petition for writ of mandamus, and we sever the petition from the above cause number and assign it a new cause number, 14-22-00480-CV

The clerk of this court is directed to include in the new cause number 14-22-00480-CV the following documents:

1. Appellant's Motion to Review Denial of Request for Supersedeas Bond, filed March 24, 2022;

2. Appellant's Motion for Emergency Stay of Trial Court Proceedings, filed March 24, 2022;

3. This court's March 25, 2022 order;

4. Appellees' Agreed Motion for Extension of Time to Respond to Appellant's Motion for Emergency Stay of Trial Court Proceedings, filed March 30, 2022;

5. This court's April 5, 2022 notice letter granting Appellees' March 30, 2022 Motion;

6. Appellees' Response to Appellant's Motion for Emergency Stay of Trial Court Proceedings, filed April 15, 2022;

7. Appellant's Reply in Support of His Motion for Emergency Stay of Trial Court Proceedings, filed April 25, 2022; and

8. A copy of this order.


PER CURIAM


Panel Consists of Justices Jewell, Zimmerer, and Hassan.